United States Court of Appeals
FOR THE EIGHTH CIRCUIT
No. 98-1882NE

Ralph William Hubbard,     *
    *
        Appellant,     *
    *    Appeal from the United States
     v.     *    District Court for the District
    *    of Nebraska.
Lynn V. White, County Judge; Kirk E.     *
Brumbaugh; Thomas Albert Valentine;     *     [UNPUBLISHED]
AT&T Universal Card Services Co.,     *
    *
        Appellees.     *

_____

Submitted: May 5, 1998
Filed: May 6, 1998

_____

Before BOWMAN, Chief Judge, WOLLMAN and MORRIS SHEPPARD ARNOLD,
Circuit Judges.

_____

PER CURIAM.

Ralph William Hubbard appeals the district court's order granting the defendants' separate motions to dismiss Hubbard's complaint. Having carefully reviewed the record and Hubbard's assertions on appeal, we conclude the district court did not commit error. We affirm the district court's judgment. See 8th Cir. R. 47A(a). We also deny Hubbard's pending motion.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.